# United States Court of Appeals
## For the First Circuit

No. 14-1499

UNITED STATES OF AMERICA,

Appellee,

v.

DAMIEN GOUSE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 21, 2015 is amended as follows:

On page 6, line 6, change "in-turn" to "in turn"

On page 7, line 13, change "try and" to "try to"